UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY ASHTON, et al.,<br><br>    Defendants. | Case No. 15-mc-80260-WHO<br><br>**ORDER RETURNING MOTIONS AND COMPLAINT TO PLAINTIFF**<br><br>Re: Dkt. No. 1 |

On October 27, 2015, the Court received a "motion to dismiss" from by Jerome L. Grimes. Dkt No. 1. It appears that Mr. Grimes sent the motion to this Court in error. The caption of the document is for "Ninth Judicial Circuit of Florida," in Orange County, Florida. The document apparently relates to a pending case in Florida, and asks for a hearing on the motion in Orlando, Florida. *Id*. Also filed under this case number is a "motion" requesting the production of videotape, related to the Florida action. Dkt. No. 3. Attached to that second motion is what appears to be a new civil complaint with a Northern District of California caption. Dkt. No. 3-1 Mr. Grimes appears to be alleging claims of terror and kidnapping against 28 defendants, and seeks an order requiring defendants to take a "lie detector" test. *Id*.

With respect to the two motions, Mr. Grimes apparently filed them with this Court in error. The Clerk of the Court is ORDERED to return the motions to Mr. Grimes so that he may file them in the correct court.

With respect to the complaint at Docket No. 3-1, it is barred by the December 9, 2005 pre-filing Order entered by Judge Wilken. The pre-filing Order requires all complaints filed by Mr. Grimes related to claims of terrorism and kidnapping, and that seek a court order requiring defendants to be subjected to lie detector tests, to be screened to make sure that cognizable claims are asserted which are not based on conclusory allegations. *In re cases filed by Jerome L. Grimes*,

1  Case No. 05-80244 CW, Dkt. No. 3.  I have reviewed the complaint.  It only contains conclusory
2  allegations that defendants are engaged in acts of terror and should be subjected to lie detector
3  tests.  It does not state a cognizable cause of action.  In light of the pre-filing Order, I find that the
4  complaint at Docket No. 3-1 should not be filed.  The Clerk shall not file this complaint and is
5  ORDERED to return it to Mr. Grimes.

6  **IT IS SO ORDERED**.

7  Dated: November 9, 2015



WILLIAM H. ORRICK
United States District Judge